IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| SONJA DUNLAP, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 1:11-CV-00117-LRR |
| | ) | |
| vs. | ) | |
| | ) | |
| TERRY LOCKRIDGE and DUNN, | ) | |
| INC., TERRY LOCKRIDGE & DUNN | ) | |
| INC., and TER LOCK DUN, LTD., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW,** the parties and hereby stipulate to dismiss this action with prejudice.

| | |
|---|---|
| /s/ Matt J. Reilly | /s/ Mark P.A. Hudson |
| Matt J. Reilly | Mark P.A. Hudson |
| 1921 51st Street NE | 115 3rd St. SE, 500 US Bank Bldg. |
| Cedar Rapids, Iowa 52402 | Cedar Rapids, Iowa 52401 |
| Telephone: #(319) 393-1020 | Telephone: #(319) 365-9461 |
| Facsimile: #(319) 393-4000 | Facsimile: #(319) 365-8564 |
| matt @eells-tronvold.com | mph@shuttleworthlaw.com |